IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02093-CMA-KLM

DANIEL ESTOQUE,

    Plaintiff,

v.

PLEXUS CORP., a Wisconsin corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Scheduling Order** [#20][1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#20] is **GRANTED**. The Scheduling Order entered on December 8, 2014 [#19] is amended to extend the following deadlines:

- Affirmative Expert Disclosure Deadline    **March 9, 2015**
- Rebuttal Expert Disclosure Deadline    **April 8, 2015**

Dated: February 24, 2015

---

[1] "[#20]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.