IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02093-CMA-KLM

DANIEL ESTOQUE,

    Plaintiff,

v.

PLEXUS CORP., a Wisconsin corporation,

    Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Modify Order** [#23][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#23] is **GRANTED**. The Scheduling Order entered on December 8, 2014 [#19] and amended on February 24, 2015 [#22], is further modified to extend the following deadline:

- Rebuttal Expert Disclosure Deadline        **May 7, 2015**

Dated: March 16, 2015

---

[1] "[#23]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.